**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 20, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00355-CV

---

## BEECHNUT LIQUOR LLC, A TEXAS LIMITED LIABILITY COMPANY; AND DONATUS KOGULUCHUKWU OKAFOR, Appellants

### V.

## THE STATE OF TEXAS; THE TRANSIT AUTHORITY OF HOUSTON MTA, TEXAS; AND THE SPECIAL PURPOSE DISTRICT OF HARRIS-FT. BEND ESD 100, TEXAS, Appellees

**On Appeal from the 419th District Court**
**Travis County, Texas**
**Trial Court Cause No. D-1-GN-19-004209**

## MEMORANDUM OPINION

This is an appeal from a judgment signed March 12, 2020. On April 1, 2021, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.


PER CURIAM


Panel consists of Justices Wise, Zimmerer, and Poissant.